No. 1344, Misc.  ZITZER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1460, Misc.  BYNES *v.* NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 1801, Misc.  JONES *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 1846, Misc.  DEBLASIO *v.* DEEGAN, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1919, Misc.  WELDON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 1921, Misc.  POTTS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 1923, Misc.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 1926, Misc.  CORDOVA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 1932, Misc.  DEDMON *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 1937, Misc.  HAYES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 1940, Misc.  ADAMS *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1951, Misc.  LEVENTHAL *v.* GAVIN, CORRECTION COMMISSIONER.  C. A. 1st Cir.  Certiorari denied.